UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

YOHANY HERNANDEZ HERNANDEZ,

Petitioner,

v.

Case No. 2:26-cv-02101-KCD-NPM

WARDEN, GLADES COUNTY DETENTION CENTER, U.S. ATTORNEY GENERAL,

Respondents,
_______________________________/

# ORDER

Petitioner Yohany Hernandez Hernandez has filed a habeas corpus petition challenging his detention by U.S. Immigration & Customs Enforcement. (Doc. 1.) He claims that his continued detention violates the Fifth Amendment as interpreted by *Zadvydas v. Davis*, 533 U.S. 678 (2001). (*Id.* at 7-8.) The Government responded in opposition. (Doc. 6.) This is Hernandez's fourth petition. The prior cases were dismissed because, although Hernandez's detention is now outside the six-month window set forth in *Zadvydas*, he has refused removal, so the time is tolled. *See* Case No. 2:26-cv-1718-KCD-KRH (Doc. 9). Because Hernandez's petition here recycles the same arguments and does nothing to address the failure to cooperate

with removal that was the basis for the prior denial, the same result applies. (*Id.*)

Hernandez does raise one new issue in his latest petition. He takes issue with the Government's attempt to remove him to Mexico, arguing that this "third-country removal" is unlawful and violates due process. The Court lacks jurisdiction over this claim under 8 U.S.C. § 1252(g). *See Vicuna Urdaneta v. Rhoden*, No. 3:26-CV-2589-MMH-SJH, 2026 WL 3399625, at *3 (M.D. Fla. Nov. 10, 2026); *see also J.M.D. v. Warden, Stewart Det. Ctr.*, No. 4:26-CV-00648-CDL-CHW, 2026 WL 3060706, at *5 (M.D. Ga. Oct. 13, 2026).

Accordingly, the habeas petition (Doc. 1) is **DENIED**. The Clerk is **DIRECTED** to terminate any pending motions and close the case.

**ORDERED** in Fort Myers, Florida on November 12, 2026.

Kyle C. Dudek
United States District Judge